NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30002
03-FEB-2012
09:59 AM**

NO. 30002

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


JACQUELINE RIGSBY, Plaintiff-Appellant, v.
WILLIAM E. RIGSBY, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 61854)


ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Fujise, Presiding Judge, Leonard and Reifurth, JJ.)

Upon consideration of the January 30, 2012 Motion for Reconsideration filed by Plaintiff-Appellant, Jacqueline Rigsby, the papers in support, and the record and file,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawai'i, February 3, 2012.


Presiding Judge


Associate Judge


Associate Judge